**AMERICA ONLINE, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 05–5138.

United States Court of Appeals, Federal Circuit.

June 5, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**Albert L. BURDEN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 05–3042.

United States Court of Appeals, Federal Circuit.

June 6, 2006.

Rehearing En Banc Denied Oct. 19, 2006.

Before RADER, GAJARSA, and DYK, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.